# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00535-CV

**Gary A. Shepherd and Linda C. Shepherd, Appellants**

**v.**

**Wells Fargo Bank N.A., as Trustee for Option One Mortgage Loans Trust 2007-4, Asset-Backed Certificates, Series 2007-4, and MWS Acquisitions, LLC, Appellees**

---

**FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
NO. 21939, THE HONORABLE JAMES D. SQUIRE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants Gary A. Shepherd and Linda C. Shepherd and appellees Wells Fargo Bank N.A., as Trustee for Option One Mortgage Loans Trust 2007-4, Asset Backed Certificates, Series 2007-4, and MWS Acquisitions, LLC, have filed a joint agreed motion to dismiss this appeal because the parties have reached a full settlement of all claims. The parties have agreed that costs of the appeal will be paid by the party incurring the costs. *See* Tex. R. App. 42.1(d). We grant the motion and dismiss the appeal. *See id.* R. 42.1(a), 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Dismissed On Joint Motion

Filed: August 11, 2023